AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   X  Patents or ____ Trademarks:

| DOCKET NO.<br>05-801 | DATE FILED<br>11/18/05 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Tristrata Technology Inc. | | DEFENDANT<br><br>Milbar Laboratories Inc. |

| | PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,091,171 | 02/25/92 | Ruey J. Yu |
| 2 | 5,385,938 | 01/31/95 | Ruey J. Yu |
| 3 | 5,389,677 | 02/14/95 | Ruey J. Yu |
| 4 | 5,547,988 | 08/20/96 | Ruey J. Yu |
| 5 | 5,422,370 | 06/06/95 | Ruey J. Yu |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>____ Amendment    ____ Answer    ____ Cross Bill    ____ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br><br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br><br>11/18/05 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**