# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-801 |
| | ) | Jury Demanded |
| MILBAR LABORATORIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Arthur G. Connolly, III of Connolly Bove Lodge & Hutz LLP enters his appearance in the above-captioned civil action on behalf of Plaintiff TriStrata Technology, Inc.

                        CONNOLLY BOVE LODGE & HUTZ LLP

                        __/s/Arthur G. Connolly, III_____
                        Arthur G. Connolly, III (#2667)
                        Timothy M. Holly (#4106)
                        1007 N. Orange Street
                        P.O. Box 2207
                        Wilmington, DE 19899
                        (302) 658-9141
                        Email: aconnollyIII@cblh.com
                        Email: tholly@cblh.com

Of Counsel:
Michael O. Warnecke
David R. Melton
Robert Unikel
Douglas L. Sawyer
Aric S. Jacover
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600

2

Kevin M. McGovern
Brian T. Foley
McGovern & Associates
545 Madison Avenue, 15th Floor
New York, NY 10022
(212) 688-9840


DATED: January 18, 2006