IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Tristrata Technology, Inc.<br><br>        Plaintiff,<br><br>v.<br><br>Milbar Laboratories, Inc.<br><br>        Defendant. | )<br>)<br>)<br>)  Civil Action No. 05-801-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION**

The parties below, through their respective attorneys and subject to Order of the Court, agree that the time within which Milbar Laboratories, Inc. may move, answer or otherwise respond to the Complaint is extended through and including April 28, 2006.

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
AConnollyIII@cblh.com
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899
Attorneys for Plaintiff
Tristrata Technology, Inc.

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Matthew W. King
King@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant
Milbar Laboratories, Inc.

Dated:  March 29, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

Matthew W. King (#4566)
king@rlf.com