## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-801 (JJF) |
| | ) | Jury Demanded |
| MILBAR LABORATORIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 4th day of April, 2006, does depose and say:

1.    I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2.    On March 13, 2006, I caused a copy of the Complaint, the Summons for Defendant Milbar Laboratories, Inc., and a letter addressed to Milbar Laboratories, Inc., and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant Milbar Laboratories, Inc., pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3.    On March 20, 2006, the package referenced in paragraph 2, was received by Milbar Laboratories, Inc. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

_____
Arthur G. Connolly, III (#2667)

Sworn to and subscribed before me this 4th day of April, 2006.

_____
NOTARY PUBLIC

454943_1

2