# EXHIBIT A

| Registered No. RB 972231520 US | | Date Stamp |
|---|---|---|
| Reg. Fee $7.90 | Special Delivery $ | |
| Handling Charge $ | Return Receipt $1.85 | |
| Postage $4.80 | Restricted Delivery $ | |
| Received by | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | |

FROM: AGC3 CBLH
1007 N. Orange St. 8th Floor
Wilmington, DE 19801

TO: Milbar Laboratories, Inc
20 Commerce St.
East Haven, CT 06512

PS Form 3806, February 1995    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)