# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Milbar Laboratories, Inc
   20 Commerce St.
   East Haven, CT 06512

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X B. Cowles    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): B. COWLES
C. Date of Delivery: 5/20/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): RB 972 231 520 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540