IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Tristrata Technology, Inc.,  <br>  Plaintiff,  <br>  v.  <br>  Milbar Laboratories, Inc.,  <br>  Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-801-JJF<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

IT IS HEREBY STIPULATED by the parties hereto, subject to the approval of the Court, that the time within which Milbar Laboratories, Inc. may move, answer or otherwise respond to the Complaint is extended through and including June 30, 2006.

| | |
|---|---|
| /s/ Arthur G. Connolly, III (#2667)<br>Arthur G. Connolly, III (#2667)<br>AConnollyIII@cblh.com<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street<br>P. O. Box 2207<br>Wilmington, DE  19899<br>Attorneys for Plaintiff<br>Tristrata Technology, Inc. | /s/ Frederick L. Cottrell, III (#2555)<br>Frederick L. Cottrell, III (#2555)<br>Cottrell@rlf.com<br>Matthew W. King (#4566)<br>King@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>Attorneys for Defendant<br>Milbar Laboratories, Inc. |

Dated:  May 23, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

_/s/ Matthew W. King_
Matthew W. King (#4566)
king@rlf.com