IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Tristrata Technology, Inc. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-801-JJF |
| v. | ) |
| | ) |
| Milbar Laboratories, Inc. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MILBAR LABORATORIES, INC.'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Milbar Laboratories, Inc. ("Milbar") states the following: (i) Milbar has no parent company; and (ii) no publicly held corporation owns 10% or more of Milbar. Milbar reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com

Of Counsel:
Stuart Margolis, Esquire
Berdon, Young & Margolis, P.C.
132 Temple Street
New Haven, CT 06510

Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant
Milbar Laboratories, Inc.

Dated: June 30, 2006

RLF1-2814023-1

## CERTIFICATE OF SERVICE

I hereby certify that on June30, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

Matthew W. King (#4566)
king@rlf.com