IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Tristrata Technology, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-801-JJF |
| v. | ) |
| | ) |
| Milbar Laboratories, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Gregory E. Stuhlman of Richards, Layton & Finger is substituted for Matthew W. King of Richards, Layton & Finger, as counsel for Defendant Milbar Laboratories, Inc.

Of Counsel:
Stuart Margolis, Esquire
Berdon, Young & Margolis, P.C.
132 Temple Street
New Haven, CT 06510

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant
Milbar Laboratories, Inc.

Dated: December 6, 2006