# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Arthur G. Connolly, III
Partner
TEL (302) 888 6318
FAX (302) 658 0380
EMAIL ac3@cblhlaw.com
REPLY TO Wilmington Office

March 2, 2007

**Via CM/ECF**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Lock Box 27
Wilmington, Delaware 19801

Re:   TriStrata Technology, Inc. v. Milbar Laboratories, Inc.,
      **Civil Action No. 05-801-JJF**

Dear Judge Farnan:

We represent Plaintiff in the above-captioned matter. By letter dated February 23, 2007 (D.I. 13), Your Honor directed that the parties confer and submit a Proposed Pretrial Scheduling Order (the "Proposed Order") by March 9, 2007. Messrs Warnecke and Foley, my co-counsel, have been out of the country and will not return to their offices until early next week. Accordingly, on behalf of Plaintiff, I respectfully request an extension until March 16, 2007 for the parties to submit the Proposed Order. Counsel for Milbar Laboratories have consented to such an extension.

We are available should Your Honor have any questions or comments.

Respectfully,

*Arthur J. Connolly III*

Arthur G. Connolly, III (#2667)

cc:   Jeffrey L. Moyer, Esquire (by email)
      Gregory Erich Stuhlman, Esquire (by CM/ECF)
      Michael O. Warnecke, Esquire (by email)
      Brian T. Foley, Esquire (by email)

#524826v1