# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Arthur G. Connolly, III
Partner
TEL (302) 888 6318
FAX (302) 658 0380
EMAIL ac3@cblhlaw.com
REPLY TO Wilmington Office

March 14, 2007

**Via CM/ECF**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Lock Box 27
Wilmington, Delaware 19801

Re:   **TriStrata Technology, Inc. v. Milbar Laboratories, Inc.,
      Civil Action No. 05-801-JJF**

Dear Judge Farnan:

We represent Plaintiff in the above-captioned matter. By letter dated February 23, 2007 (D.I. 13), Your Honor directed that the parties confer and submit a Proposed Pretrial Scheduling Order (the "Proposed Order") by March 9, 2007. By letter dated March 2, 2007, (D.I. 14), Plaintiff requested an extension until March 16, 2007 for the parties to submit the Proposed Pretrial Scheduling Order, which Your Honor granted on March 7, 2007 (D.I. 15).

On behalf of Plaintiff, we would like to respectively request a second extension of time up to and including March 23, 2007 for the parties to submit the Proposed Pretrial Scheduling Order. Counsel for Milbar Laboratories have consented to this second extension.

We are available should Your Honor have any questions or comments.

Respectfully,

Arthur G. Connolly, III (#2667)

cc:   Jeffrey L. Moyer, Esquire (by email)
      Gregory Erich Stuhlman, Esquire (by CM/ECF)
      Michael O. Warnecke, Esquire (by email)
      Brian T. Foley, Esquire (by email)

#524826v2