Arthur G. Connolly, III
Partner
TEL (302) 888 6318
FAX (302) 658 0380
EMAIL aconnollyiii@cblh.com
REPLY TO Wilmington Office

March 23, 2007

**Via CM/ECF**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Lock Box 27
Wilmington, Delaware 19801

    Re:    **TriStrata Technology, Inc. v. Milbar Laboratories, Inc.,
Civil Action No. 05-801 (JJF)**

Dear Judge Farnan:

    Pursuant to the Court's letter of February 23, 2007 (D.I. 13), please find enclosed the proposed Rule 16 Scheduling Order.

    We are available should Your Honor have any questions or comments.

    Respectfully,

    /s/ Arthur G. Connolly, III

    Arthur G. Connolly, III (#2667)

cc:    Jeffrey L. Moyer, Esquire (by hand)
       Gregory Erich Stuhlman, Esquire (by CM/ECF)
       Michael O. Warnecke, Esquire (by CM/ECF)
       Brian T. Foley, Esquire (by email)

#528976_1