# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

**Arthur G. Connolly, III**
Partner
TEL (302) 888 6318
FAX (302) 658 0380
EMAIL aconnollyiii@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

March 30, 2007

**Via CM/ECF**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Lock Box 27
Wilmington, Delaware 19801

Re: **TriStrata Technology, Inc. v. Milbar Laboratories, Inc.,**
**Civil Action No. 05-801 (JJF)**

Dear Judge Farnan:

Please find attached a revised proposed Rule 16 Scheduling Order. Counsel for both Plaintiff and Defendant have approved the form. Subject to Your Honor's preference and schedule, the parties would like to respectfully request that the Markman hearing be scheduled sometime in October, 2007.

We are available should Your Honor have any questions or comments.

Respectfully,

/s/ Arthur G. Connolly, III

Arthur G. Connolly, III (#2667)

Attachment
cc:   Jeffrey L. Moyer, Esquire (by hand, w/attach.)
      Gregory Erich Stuhlman, Esquire (by CM/ECF, w/attach.)
      Michael O. Warnecke, Esquire (by CM/ECF, w/attach.)
      Brian T. Foley, Esquire (by email, w/attach.)

#528976_2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>) C. A. No. 05-801 (JJF)<br>v. )<br>)<br>MILBAR LABORATORIES, INC. )<br>)<br>Defendant. )<br>) | |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by **May 11, 2007** the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before **November 9, 2007**.

3. **Discovery.**

    (a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by **December 7, 2007**.

    (b) Maximum of **50** interrogatories, including contention interrogatories, for each side.

    (c) Maximum of **100** requests for admission by each side.

(d) Maximum of **15** depositions by plaintiff and **15** by defendants, excluding expert depositions. Depositions shall not commence until the discovery required by Paragraph 3 (a, b and c) is completed.

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff by **January 14, 2008**; from the defendants by **January 31, 2008**.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties or ordered by the Court.

4. **Discovery Disputes**.

(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The date selected shall be within 30 days of the filing of the motion and allow for briefing in accordance with the Federal and Local Rules. Available motion dates will be posted on the Court's website at www.ded.uscourts.gov.

(b) At the motion hearing, each side will be allocated twenty (20) minutes to argue and respond to questions from the Court.

(c) Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by email at: jjf_civil@ded.uscourts.gov.

5. **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before **October 5, 2007**.

6. **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **January 14, 2008**. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be

filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

7.     **Markman.** A Markman hearing will be held on _____ \_\_\_, 200\_\_, beginning at \_\_\_:\_\_\_ \_\_.m. Briefing on the claim construction issues shall be completed at least ten (10) business days prior to the hearing. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

8.     **Applications by Motion.**

(a)     Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b)     No facsimile transmissions will be accepted.

(c)     No telephone calls shall be made to Chambers.

(d)     Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

9.     **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the

Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____        _____
DATE                                                                              UNITED STATES DISTRICT JUDGE