**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-801 (JJF) |
| MILBAR LABORATORIES, INC. | ) | Jury Demanded |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, Plaintiff hereby notifies the Court that Douglas L. Sawyer, Aric S. Jacover and David R. Melton of the law firm of Mayer, Brown, Rowe & Maw, LLP are withdrawing as counsel for Plaintiff TriStrata Technology, Inc. in the above-captioned civil action.

Dated: April 24, 2007            CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: aconnollyIII@cblh.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2007, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF which will send notification of such filing

to the following counsel of record:

Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

 /s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#461635_1