IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Tristrata Technology, Inc. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-801-JJF |
| v. | ) |
| | ) |
| Milbar Laboratories, Inc. | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the undersigned parties, that the time by which Pre-Discovery Disclosures must be exchanged, as contemplated by Paragraph 1 of the Court's March 30, 2007 Scheduling Order (D.I. 18), is hereby extended through and including May 18, 2007.

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
AConnollyIII@cblh.com
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
Attorneys for Plaintiff
Tristrata Technology, Inc.

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Gregory E. Stuhlman (#4765)
Stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant
Milbar Laboratories, Inc.

Dated: May 9, 2007

SO ORDERED this ___ day of May, 2007.

                                                          _____
                                                          Honorable Joseph J. Farnan, Jr.