IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Tristrata Technology, Inc. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-801-JJF |
| v. | ) |
| | ) |
| Milbar Laboratories, Inc. | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Steven J. Fineman of Richards, Layton & Finger is substituted for Gregory E. Stuhlman of Richards, Layton & Finger as counsel for Defendant Milbar Laboratories, Inc. Frederick L. Cottrell, III and Jeffrey L. Moyer and Richards, Layton & Finger continue to represent Defendant Milbar Laboratories, Inc. in this matter.

_____
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Gregory E. Stuhlman (#4765)
Stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant
Milbar Laboratories, Inc.

OF COUNSEL:

Stuart Margolis
Berdon, Young & Margolis, P.C.
132 Temple Street
New Haven, CT 06510

Dated: May 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Arthur G. Connolly, III (#2667)
aconnollyiii@cblh.com
Connolly, Bove Lodge & Hutz
1007 North Orange Street
Wilmington, Delaware 19899

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com