IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Tristrata Technology, Inc.           ) | |
|                                       ) | |
|              Plaintiff,       ) | |
|                                         ) | Civil Action No. 05-801-JJF |
| v.                                       ) | |
| Milbar Laboratories, Inc.       ) | |
|                                         ) | |
|             Defendant.     ) | |
|                                         ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the undersigned parties, that the time by which Pre-Discovery Disclosures must be exchanged, as contemplated by Paragraph 1 of the Court's March 30, 2007 Scheduling Order (D.I. 18), is hereby extended through and including May 25, 2007.

/s/ Arthur G. Connolly, III
--------------------------------
Arthur G. Connolly, III (#2667)
AConnollyIII@cblh.com
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899
Attorneys for Plaintiff
Tristrata Technology, Inc.

--------------------------------
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Gregory E. Stuhlman (#4765)
Stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant
Milbar Laboratories, Inc.

Dated:  May 18, 2007

RLF1-3149322-1

SO ORDERED this ___ day of May, 2007.

------------------------------------------

Honorable Joseph J. Farnan, Jr.

RLF1-3149322-1