## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TRISTRATA TECHNOLOGY, INC.,            )
                                       )
            Plaintiff,                 )
                                       )    Civil Action No. 05-801-JJF
        v.                             )
                                       )
MILBAR LABORATORIES, INC.,             )
                                       )
            Defendant.                 )

### STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the undersigned parties, that the time by which Pre-Discovery Disclosures shall be exchanged, as contemplated by Paragraph 1 of the Court's March 30, 2007 Scheduling Order (D.I. 18), is hereby extended through and including June 8, 2007.


_____/s/ Arthur G. Connolly, III #2668_____          _____/s/ Steven J. Fineman #4025_____
Arthur G. Connolly, III (#2667)                      Frederick L. Cottrell, III (#2555)
AConnollyIII@cblh.com                                Cottrell@rlf.com
Connolly Bove Lodge & Hutz LLP                       Jeffrey L. Moyer (#3309)
1007 North Orange Street                             Moyer@rlf.com
P. O. Box 2207                                       Steven J. Fineman (#4025)
Wilmington, DE   19899                               Fineman@rlf.com
Attorneys for Plaintiff Tristrata Technology,        Richards, Layton & Finger, P.A.
Inc.                                                 One Rodney Square
                                                     920 North King Street
                                                     Wilmington, DE 19801
                                                     302-651-7700
                                                     Attorneys for Defendant Milbar Laboratories,
                                                     Inc.


SO ORDERED this ___ day of May, 2007.


_____
Honorable Joseph J. Farnan, Jr.