IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-801-JJF |
| v. | ) |
| | ) |
| MILBAR LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the undersigned parties, that the time by which Pre-Discovery Disclosures shall be exchanged, as contemplated by Paragraph 1 of the Court's March 30, 2007 Scheduling Order (D.I. 18), is hereby extended through and including July 30, 2007.

| /s/ Arthur G. Connolly, III #2668 | /s/ Steven J. Fineman #4025 |
|---|---|
| Arthur G. Connolly, III (#2667) | Frederick L. Cottrell, III (#2555) |
| AConnollyIII@cblh.com | Cottrell@rlf.com |
| Connolly Bove Lodge & Hutz LLP | Jeffrey L. Moyer (#3309) |
| 1007 North Orange Street | Moyer@rlf.com |
| P. O. Box 2207 | Steven J. Fineman (#4025) |
| Wilmington, DE 19899 | Fineman@rlf.com |
| Attorneys for Plaintiff Tristrata Technology, Inc. | Richards, Layton & Finger, P.A. |
| | One Rodney Square |
| | 920 North King Street |
| | Wilmington, DE 19801 |
| | 302-651-7700 |
| | Attorneys for Defendant Milbar Laboratories, Inc. |

SO ORDERED this ___ day of June, 2007.

_____
Honorable Joseph J. Farnan, Jr.

RLF1-3156082-1