IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MILBAR LABORATORIES, INC. )<br>)<br>Defendant. ) | C.A. No. 05-801-JJF |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Defendant Milbar Laboratories, Inc.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) were caused to be served on July 30, 2007 in the manner indicated:

**BY HAND DELIVERY**
Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

/s/ Fredrick L. Cottrell, III
Fredrick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant Milbar Laboratories, Inc.*

Dated: July 30, 2007

RLF1-3147070-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**BY HAND DELIVERY**
Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

Steven J. Fineman (#4025)
Fineman@rlf.com