IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRISTRATA TECHNOLOGY, INC. )
)
        Plaintiff, )
)
            v. )
)
MILBAR LABORATORIES, INC. )
)
        Defendant. )
)

C. A. No. 05-801 (JJF)

## **STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED BY THE PARTIES, subject to the approval of the Court,

that the Rule 16 Scheduling Order (D.I. 18) in this action be amended as follows:

      1)  A Markman hearing will be held on December __, 2007, beginning at __:__ _.m.

Briefing on claim construction issues shall be completed at least ten (10) business days prior to

the hearing.  The Court, after reviewing the briefing, will allocate time to the parties for the

hearing.

      2)  All other dates in the Court's Rule 16 Scheduling Order (D.I. 18) shall remain

unchanged.

CONNOLLY, BOVE, LODGE & HUTZ LLP    RICHARDS, LAYTON & FINGER

By:  ___/s/Arthur G. Connolly, III_____
       Arthur G. Connolly, III (#2667)
       The Nemours Building
       1007 N. Orange Street
       P.O. Box 2207
       Wilmington, DE  19899
       (302) 888-6318
       E-mail: AConnollyIII@cblh.com

By:  ___/s/ Steven J. Fineman_____
       Steven  J. Fineman (#4025)
       One Rodney Square
       P.O. Box 551
       Wilmington, DE  19899
       (302) 651-7592
       E-mail: fineman@rlf.com

Attorneys for Plaintiff          Attorneys for Defendant

      SO ORDERED this _____ day of _____, 2007.

                      _____
                      United States District Judge