IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) C. A. No. 05-801 (JJF) |
| v. | ) |
| | ) |
| MILBAR LABORATORIES, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED BY THE PARTIES, subject to the approval of the Court, that the Rule 16 Scheduling Order (D.I. 18) in this action be amended as follows:

1) A Markman hearing will be held on December ~~___~~ 5, 2007 at 10:00 a.m. Briefing on claim construction issues shall be completed at least ten (10) business days prior to the hearing. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

2) All other dates in the Court's Rule 16 Scheduling Order (D.I. 18) shall remain unchanged.

CONNOLLY, BOVE, LODGE & HUTZ LLP        RICHARDS, LAYTON & FINGER

By: /s/Arthur G. Connolly, III             By: /s/ Steven J. Fineman
    Arthur G. Connolly, III (#2667)            Steven J. Fineman (#4025)
    The Nemours Building                       One Rodney Square
    1007 N. Orange Street                      P.O. Box 551
    P.O. Box 2207                              Wilmington, DE 19899
    Wilmington, DE 19899                       (302) 651-7592
    (302) 888-6318                             E-mail: fineman@rlf.com
    E-mail: AConnollyIII@cblh.com

Attorneys for Plaintiff                       Attorneys for Defendant

SO ORDERED this ___1___ day of ___OCTOBER___, 2007.

_____
United States District Judge