IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-801-JJF |
| v. ) | |
| ) | |
| MILBAR LABORATORIES, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

TO:

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

PLEASE TAKE NOTICE that true and correct copies of Defendant's First Set Of Requests For Documents And Things To Plaintiff were caused to be served on November 7, 2007 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

RLF1-3221151-1

Dated: November 7, 2007

/s/ Steven J. Fineman
Fredrick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Steven J. Fineman (#4025)
Fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant Milbar Laboratories, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

Steven J. Fineman (#4025)
fineman @rlf.com

RLF1-3221151-1