IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 05-801-JJF |
| ) | |
| MILBAR LABORATORIES, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff's First Request for Production of Documents were served on November 8, 2007 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**
Fredrick L. Cottrell, III
Jeffrey L. Moyer
Steven J. Fineman
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

CONNOLLY BOVE LODGE & HUTZ LLP

November 14, 2007

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
Attorneys for Plaintiff
*TriStrata Technology, Inc.*

Michael O. Warnecke
Douglas L. Sawyer
PERKINS COIE LLP
131 South Dearborn Street
Chicago, IL 60603
(312) 325-8549

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

                                        /s/Arthur G. Connolly, III
                                        Arthur G. Connolly, III (#2667)

#461635_1