IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No. 05-801 (JJF) |
| v. ) | |
| ) | |
| MILBAR LABORATORIES, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION AND ORDER

WHEREAS, the parties continue to be engaged in productive settlement discussions and would like, with the Court's permission, to extend a number of the dates set forth in the Rule 16 Scheduling Order (D.I. 18, 29 and 35) to further pursue such settlement discussions.

NOW THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES, subject to the approval of the Court, that the Rule 16 Scheduling Order (D.I. 18, 29 and 35) in this action be amended as follows:

1. **Discovery**.

    (a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by **October 7, 2008**.

    (b) Maximum of **50** interrogatories, including contention interrogatories, for each side.

    (c) Maximum of **100** requests for admission by each side.

(d) Maximum of **15** depositions by plaintiff and **15** by defendants, excluding expert depositions. Depositions shall not commence until the discovery required by Paragraph 3 (a, b and c) is completed.

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff by **October 17, 2008**; from the defendants by **October 31, 2008**.

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties or ordered by the Court.

2. **Discovery Disputes**.

(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The date selected shall be within 30 days of the filing of the motion and allow for briefing in accordance with the Federal and Local Rules. Available motion dates will be posted on the Court's website at www.ded.uscourts.gov.

(b) At the motion hearing, each side will be allocated twenty (20) minutes to argue and respond to questions from the Court.

(c) Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by email at: jjf_civil@ded.uscourts.gov.

3. **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **November 14, 2008**. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court has issued a separate Order regarding procedures for filing summary judgment motions.

4. **Markman**. A Markman hearing, if needed, will be scheduled at the request of the parties after Markman briefing is completed. Briefing on the claim construction issues shall be completed at least ten (10) business days prior to the hearing. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

5. **Applications by Motion**.

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

6. **Pretrial Conference and Trial**. After reviewing this Stipulation and proposed Order, the Court will reschedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when this Stipulation and proposed Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

7.  All other dates in the Court's Rule 16 Scheduling Order (D.I. 18, 29 and 35) shall remain unchanged.

| CONNOLLY, BOVE, LODGE & HUTZ LLP | RICHARDS, LAYTON & FINGER |
|---|---|
| By: /s/ Arthur G. Connolly, III<br>Arthur G. Connolly, III (#2667)<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 888-6318<br>E-mail: AConnollyIII@cblh.com | By: /s/ Steven J. Fineman<br>Steven J. Fineman (#4025)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7592<br>E-mail: fineman@rlf.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge